UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAMELA HAWKINS, | |
|---|---|
| Plaintiff | Case No. 2:16-cv-02012-GJS |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: September 15, 2017

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE